[No. 22102-7-I. Division One. April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. DOHMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-02973-1, Robert E. Dixon, J., entered April 11, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22345-3-I. Division One. April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN ALAN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-8-06080-4, Jack A. Richey, J. Pro Tem., entered February 29, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22286-4-I. Division One. April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-03758-1, George T. Mattson, J., entered April 26, 1988. *Reversed* by unpublished per curiam opinion.

[No. 21683-0-I. Division One. April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ROOSEVELT CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-00492-5, Mary Wicks Brucker, J., entered January 21, 1988. *Dismissed* by unpublished per curiam opinion.